# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# SHERMAN DIVISION

| | | |
|---|---|---|
| **RICHARD PETERS, III** | § | |
| VS. | § | CIVIL ACTION NO. 4:13CV566 |
| | | Criminal Case No. 4:10CR85(1) |
| **UNITED STATES OF AMERICA** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 and the case dismissed with prejudice. Plaintiff has filed no written objections. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that the case is hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED** this the 12 day of **August, 2016.**

_____
Thad Heartfield
United States District Judge